IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRACY T. YOUNG**　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg. #10306-010

v.　　　　　　　　CASE NO. 2:19-CV-00120 BSM

**DEWAYNE HENDRIX, Warden,**
Federal Correctional Institution,
Forrest City, Arkansas　　　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 12] is adopted, and Tracy Young's petition [Doc. No. 1] is dismissed without prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 28th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE